# THE LAW OFFICE OF THUY Q. PHAM

<u>Via ECF</u>  July 5, 2023
Hon. Jesse M. Furman,
United States District Judge, Southern District of New York

RE:   Duviella et al. v. Mayorkas, et al., No. 1:22-cv-08015-JMF
       Letter Motion Requesting Extension of Time to July 12, 2023
       Pursuant to Individual Rules 2(A), 2(E), and 4(A)

Dear Honorable Judge:

As you know, this office represents Catherine Duviella and Zulu Alhassan, the plaintiffs ("Plaintiffs") in above-referenced action. Pursuant to Your Honor's Individual Rules 2(E), Plaintiffs hereby requests an extension of time of (1) the June 28, 2023 deadline to file proofs of service of the endorsed letter-motion upon each Defendant, pursuant to the Order signed by Your Honor on June 21, 2023 and efiled on June 22, 2023 (ECF 13). (2) There have been no previous requests for such an extension; this is the first request. (3) Therefore, since no previous requests for an extension exists, nothing was granted or denied.

(4) The reason for the requested extension is that I had been traveling and was without any internet service. When I served the letter motion to request an extension on June 20, 2023, I anticipated a response the following day, June 21, 2023. My flight was after business hours on June 21, 2023. However, I did not receive an order on June 21, 2023, and I was prepared to conduct the video conference on July 5, 2023. Upon my return my July 3, 2023, I did not anticipate that the Order efiled on June 22, 2023 would provide a deadline to serve the endorsed letter-motion by June 28, 2023, within one week of the efiled Order, while I was traveling. (5) Since the Defendants have been non-responsive, it is not clear whether Defendants will consent to an extension of the service. Notwithstanding, there is no prejudice to the Defendants if service of the endorsed letter-motion is completed and filed by July 12, 2023, since it will still be well over two months before the Defendants' deadline to answer by September 29, 2023.

# THE LAW OFFICE OF THUY Q. PHAM

(6) The Defendants' deadline to answer is September 29, 2023.  Specifically: Merrick Garland's answer is due by September 29, 2023; Ur Jaddou's answer is due by September 29, 2023; Alejandro Mayorkas's answer is due by September 29, 2023; U.S. Department of Homeland Security's answer is due by September 29, 2023; United States Citizenship and Immigration Services's answer is due by September 29, 2023; and Michael Valverde's answer is due by September 29, 2023.  The initial pre-trial conference is adjourned to October 18, 2023.

Therefore, I hereby respectfully request an extension of the service and filing of said service of the endorsed letter-motion to be July 12, 2023.  Please find proof of my flight as Exhibit 14-1; I e-filed the instant Letter Motion Requesting Extension of Time as soon possible.  Thank you in advance for your consideration and understanding.

.

Respectfully submitted,
/s/ Thuy Q. Pham_____
Thuy Q. Pham, Esq.
The Law Office of Thuy Q. Pham

Application GRANTED *nunc pro tunc*.  The Clerk of Court is directed to terminate ECF No. 14.  SO ORDERED.

July 5, 2023