U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 11, 2023

BY ECF
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The initial pretrial conference currently scheduled for October 18, 2023 is hereby RESCHEDULED for **November 15, 2023, at 9:00 a.m**. The Clerk is directed to close ECF No. 22.
>
> SO ORDERED.
>
> [signature]
>
> October 12, 2023

Re: *Catherine Duviella, et al., v. Mayorkas, et al.,*
22 Civ. 8015 (JMF)

Dear Judge Furman:

This Office represents the government in this action in which plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Alien Relative Application (I-130 Form), and for an Adjustment of Status (Form I-485). The parties are to appear for an initial pretrial conference on October 18, 2023. *See* ECF No. 13. On behalf of the government, I write respectfully to request an adjournment of the conference to a date on or after October 31, 2023, and at a time convenient to the Court. The parties are available for such a conference during the weeks of November 6 and November 13, 2023.

I make this request because USCIS recently approved the I-130 form in this case, but I need additional time to obtain information related to the I-485 adjudication and to confer with USCIS in advance of the conference. This is the government's first request for an adjournment of the initial pre-trial conference; the Court previously granted one request of the government for an extension of the date to respond to the complaint. Plaintiff has kindly consented to this request.

Thank you for your consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Susan Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: counsel of record (via ECF)