

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 14, 2024

VIA ECF
Hon. Jesse M. Furman
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Duviella, et ano. v. Mayorkas, et al.*, No. 22 Civ. 8015 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced action, in which Plaintiffs seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to re-adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485).  On behalf of the government, and together with Plaintiffs, I write respectfully to request a sixty-day extension of the time to respond to the amended complaint (*i.e.*, from March 18, 2024, to May 17, 2024), and that the initial pretrial conference presently scheduled for March 20, 2024, be adjourned to a date after the government has responded to the complaint.

This is the government's first request for an extension of this deadline[1] and adjournment, to which Plaintiffs consent. The requested relief will promote the interests of efficiency and conservation of judicial resources as the parties would like to confer regarding a potential resolution.  The extension will allow time for the agency to retrieve the A-file from the National Records Center, which is necessary before the agency can evaluate potential avenues for Plaintiffs. Plaintiffs will forward documentation that the Agency may or may not have, to be presented as a narrative for the Agency's benefit. The undersigned will also be on pre-scheduled leave from April 17 through 29, 2024.  The parties thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Joseph A. Pantoja*
JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2785
E-mail: joseph.pantoja@usdoj.gov
*Attorney for Defendants*

Application GRANTED.  The initial pretrial conference currently scheduled for March 20, 2024 is hereby ADJOURNED to **May 22, 2024**, at **9:00 a.m.**  The Clerk is directed to terminate ECF No. 36.

SO ORDERED.

March 14, 2024

---

[1] The Court granted the parties' requests for extensions in connection with the original complaint, after which Plaintiffs amended their complaint.